# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOANN WAITE, *Plaintiff* v. GONZAGA UNIVERSITY. *Defendant* | Civil Action No. 2:17-CV-00416-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Gonzaga University recover costs from the plaintiff *(name)* Joann Waite _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Stanley A. Bastian presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: October 11, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Erin R. Sinclair
*(By) Deputy Clerk*
Erin R. Sinclair